UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KYMBERLY SHADE DUFFIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW M. SAUL, Commissioner of Social ) <br> Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:18-CV-27-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 26] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 19] is DENIED, defendant's motion for judgment on the pleadings [D.E. 22] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED.

**This Judgment Filed and Entered on August 7, 2019, and Copies To:**
Branch W. Vincent, III　　　　　　　　　　　　　(via CM/ECF electronic notification)
Amanda B. Gilman　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
August 7, 2019　　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　　Deputy Clerk